# U.S. Probation and Pretrial Services
# MEMORANDUM

**DATE:** October 24, 2019

**TO:** Honorable Richard D. Bennett
United States District Judge

**FROM:** Dollie Sturgis
U.S. Probation Officer

**SUBJECT:** Evans, Tiayon
Case No. 1:19-CR-0009
Response to Early Termination Request

On October 10, 2019, Mr. Evans submitted a Request for Early Termination to the Court. At this time, the Probation and Pretrial Services office opposes this request. Mr. Evans began his five-year term of supervised release on November 13, 2018.

Assistant U.S. Attorney John Sipple has been made aware of the request and defers to the judgment and reasoning of the Probation Officer.

If there are any questions, please contact me at 410-962-0962.

Reviewed 10/24/2019 by DWT

_____ Approve early termination

_____ Schedule an early termination hearing

✓ Disapprove early termination

_____
The Honorable Richard D. Bennett
U.S. District Judge

OCTOBER 28, 2019
Date